

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

May 9, 1961

Honorable Ben Ramsey
Lieutenant Governor
Capitol Station
Austin 11, Texas

Opinion No. WW-1048

Re: Whether the Legislature
may retire outstanding
bonds issued by Texas
Southern University, and
related questions.

Dear Sir:

You have requested an opinion on the following questions:

"1.   Would an appropriation by the Legislature
from the General Revenue Fund for the retire-
ment of outstanding bonds issued by Texas
Southern University pursuant to Article 2643g,
be a valid and effective means of liquidating
such indebtedness?   One aspect of this question
is whether such outstanding bonds are callable
without the consent of the bond-holders.

"2.   If the method indicated in the question
above is a valid and effective means, would it
result in freeing up Texas Southern University's
share of the College Building Fund for the con-
struction of additional buildings now needed at
that institution?

"On both questions, the last clause in Section 17,
Article 7 of the Constitution appears to be perti-
nent.

"3.   If, in your consideration of questions 1 and
2, you find the method to be of doubtful validity

or effectiveness, would the enactment of
a new bill containing for Texas Southern
University provisions similar to Article
2643g, be a valid and effective way of
assuring that University with available
moneys for building construction purposes?"

Section 17 of Article VII of the Constitution, as
amended in 1956, establishes a state ad valorem tax for the
purpose of creating a special fund for buildings and improve-
ments at certain State institutions of higher learning, to
be allocated and periodically reallocated by the Comptroller
of Public Accounts to the participating institutions. It
further provides, in part, as follows:

". . . all such designated institutions of
higher learning which participate in the
allocation or re-allocation of such funds
shall not thereafter receive any General
Revenue funds for the acquiring or construc-
ting of buildings or other permanent improve-
ments for which said Five Cent (5¢) ad valorem
tax is herein provided, except in case of fire,
flood, storm, or earthquake . . . . Chapter
330, Acts, Regular Session, Fifty-third Legis-
lature /Article 2643g, Vernon's Civil Statutes_/
is repealed upon the effective date of this
Amendment; but the principal and interest due on
any obligations incurred by the governing boards
of Lamar State College of Technology at Beaumont
and of Texas Southern University at Houston under
the provisions of said Chapter 330 prior to its
repeal shall be paid from the allocations to
Lamar State College of Technology and Texas
Southern University from the funds raised by
the Five Cent (5¢) ad valorem tax levy as pro-
vided in this Section, . . ."

In reply to your first question, it is our opinion
that these provisions prohibit an appropriation from the Gen-
eral Revenue Fund for the retirement of outstanding bonds is-
sued by Texas Southern University pursuant to Article 2643g.

Honorable Ben Ramsey, page 3 (WW-1048)


Since your first question is answered in the negative we do not reach the second question.

We have reviewed the provisions of Article 2643g, V.C.S., which was repealed upon the effective date of the 1956 amendment of Section 17 of Article VII of the Constitution of Texas, and your third question is answered in the affirmative. Bonds were heretofore authorized and issued by Texas Southern University for building construction purposes under Article 2643g, V.C.S., and we see no legal impediment to such issuance in the future under a new statute containing similar provisions.

### SUMMARY


The outstanding bonds of Texas Southern University cannot be retired by an appropriation from the General Revenue Fund as Section 17 of Article VII of the Constitution provides that such obligations shall be paid from the Five Cent (5¢) ad valorem tax provided therein. There would be no legal bar to issuance of bonds by the University under a new statute similar to Article 2643g, V.C.S., now repealed.

Yours very truly,

WILL WILSON
Attorney General of Texas

By    Howard W. Mays
      Howard W. Mays
      Assistant

HWM-s

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

C. K. Richards
J. Arthur Sandlin
Larry Hargrove
Bill Allen

REVIEWED FOR THE ATTORNEY GENERAL
By: Morgan Nesbitt